**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

Eric Holguin v. City of San Diego, et al.                                      Case No.:  11cv2599-
                                                                                                          BAS(WVG)


HON. WILLIAM V. GALLO                CT DEPUTY M. BROWN               Rptr.


Pursuant to the Joint Motion to Continue Pending Future Pre-Trial Dates (Doc. No. 72) and the Court's order granting the Joint Motion (Doc. No. 73), the Court vacates the Mandatory Settlement Conference set for February 18, 2016 at 9 a.m. and reschedules the Mandatory Settlement Conference for **March 28, 2016** at **2:00 p.m.**

Counsel shall submit settlement statements directly to chambers no later than **March 21, 2016**. Each party's settlement statement shall set forth the party's statement of the case, identify controlling legal issues, concisely set out issues of liability and damages, and shall set forth the party's settlement position, including the last offer or demand made by that party, and a separate statement of the offer or demand the party is prepared to make at the settlement conference. Settlement statements shall not be filed with the Clerk of the Court, but may be served on opposing counsel at the party's discretion. Settlement statements shall comply with the undersigned's Chambers Rules. The parties shall meet and confer in good faith prior to the MSC, and verify that they have done so in their respective settlement statements, outlining the substance of their discussions and negotiations. Pursuant to Federal Rule of Civil Procedure 16 and Local Civil Rule 16.3, all named Plaintiffs, named Defendants, claims adjusters for insured defendants, and if a named Plaintiff or Defendant is a corporation, partnership, or other entity, a representative of that entity, with full and unlimited authority/ to negotiate and enter into a binding settlement, as well as the principal attorney(s) responsible for the litigation, must be present and must be prepared to discuss in good faith, the facts of the case, the law that governs the legal issues in the case, and to resolve the case at the MSC. Sanctions may issue against a party and/or attorney who does not proceed as noted above. Retained outside corporate counsel shall not appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement. Given the delay in holding the MSC, any further requests to continue the Settlement Conference or attend telephonically will be denied.


Dated:  February 1, 2016

_____
Hon. William V. Gallo
United States Magistrate Judge